**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS AT KANSAS CITY**

| | |
|---|---|
| In Re: )<br>)<br>Roxanne Kay Casaert, *Debtor* )<br>) | Case No. 22-20589-rdb |
| Nationstar Mortgage LLC, loan servicing agent for *Moving Creditor* )<br>) | Chapter: 13 |
| vs. )<br>)<br>Roxanne Kay Casaert, *Debtor* )<br>)<br>and )<br>)<br>William H. Griffin, *Trustee* ) | |

**NOTICE OF OBJECTION DEADLINE ON**
**MOTION FOR RELIEF FROM STAY**

     **NOTICE IS HEREBY GIVEN** that a Motion for Order Granting Relief from Stay was filed herein by Nationstar Mortgage LLC, copy of which is attached to this notice.

     **NOTICE IS FURTHER GIVEN** that unless a written objection and/or response is filed on or before November 3, 2023, which is twenty one (21) days from the date this notice was mailed (with a copy to the undersigned), to David D. Zimmerman, Esq., 161 U.S. Courthouse, 500 State Avenue, Kansas City, Kansas 66101-2147, an order sustaining the motion/application will be submitted to the Court. A hearing will not be held on the motion/application unless an objection is timely filed with the Clerk. If a written objection and/or response is timely filed, the motion/application will come before the court for hearing on November 28, 2023, at 1:30 PM, at the Bankruptcy Court, Courtroom, 151.

SOUTHLAW, P.C.

*s/ Hunter C. Gould*
_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 241970
Case No: 22-20589-rdb

<u>**CERTIFICATE OF MAILING/SERVICE**</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this October 13, 2023, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Roxanne Kay Casaert
300 West 7th Street
Edgerton, KS 66021
**DEBTOR**

Lonny J Casaert (deceased)
300 West 7th Street
Edgerton, KS 66021
**CO-DEBTOR**

Errin P Stowell
WM Law
15095 W 116th St
Olathe, KS 66062
**ATTORNEY FOR DEBTOR**

William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205-2393
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

SOUTHLAW, P.C.

*s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 241970
Case No: 22-20589-rdb