# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:         ROXANNE KAY CASAERT     )     Case No. 22-20589
                     Debtor        )

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

      **COMES NOW** Debtor, Roxanne Casaert by and through Counsel, and for this Response to the Motion for Relief from Automatic Stay (the "Motion") filed by creditor, Nationstar Mortgage LLC states that Debtor is unable to cure the default in a lump sum. She would like to pursue loan modification or other loss mitigation options.

      **WHEREFORE**, Debtor files this response to the Motion for Relief field by Nationstar Mortgage LLC.

Dated: November 3, 2023          Respectfully submitted,
                                   WM Law

                                   s/ Errin P. Stowell
                                   Errin P. Stowell, MO #70499; KS #78742
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   stowell@wagonergroup.com
                                   ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

                                 s/ Errin P. Stowell

1