# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re: )
)
Roxanne Kay Casaert, *Debtor* )
) Case No. 22-20589-rdb
Nationstar Mortgage LLC, *Creditor* )
) Chapter: 13
vs. )
Roxanne Kay Casaert, *Debtor* )
)
and )
)
William H. Griffin, *Trustee* )

### NOTICE OF WITHDRAWAL OF MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND APPLICATION FOR COMPENSATION

Nationstar Mortgage LLC, ("Creditor"), and gives notice of its withdrawal of the Motion for Relief

& Co-Debtor Stay & Application for Compensation filed on October 13, 2023.

SOUTHLAW, P.C.

*s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 241970
Case No: 22-20589-rdb

## <u>CERTIFICATE OF MAILING/SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this June 13, 2024 with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Roxanne Kay Casaert
300 West 7th Street
Edgerton, KS 66021
**DEBTOR**

Errin P Stowell
15095 W 116th St
Olathe, KS 66062
**ATTORNEY FOR DEBTOR**

William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS  66205-2393
**TRUSTEE**

  Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS  67202
**U.S. TRUSTEE**

SOUTHLAW, P.C.

*s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 241970
Case No: 22-20589-rdb